# EXHIBIT 3

**CAUSE NO. 2022-41407**

| | | |
|---|---|---|
| **CHANGYI "JOHNNY" CHEN, M.D., PH.D.,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **v.** | § | |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE,** | § | |
| | § | |
| **Defendant.** | § | **269TH JUDICIAL DISTRICT** |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before this Court came on to be heard Defendant Baylor College of Medicine's Motion for Summary Judgment ("Motion"). Having considered the Motion, response, any reply, competent summary judgment evidence, objections to Plaintiff's evidence, and arguments of counsel, if any,

IT IS ORDERED that Defendant's objections to Plaintiff's summary judgment evidence are ruled as follows:

| **DEFENDANT'S OBJECTION TO:** | **SUSTAINED** | **OVERRULED** |
|---|---|---|
| Plaintiff's Ex. C, "Chen's Resp. BCM's 1st Interrogs. (Jan. 11, 2023)" | ✓ | |
| Plaintiff's Ex. F, "Chen Curriculum Vita (rev. Nov. 17, 2022)" | ✓ | |
| Plaintiff's Ex. T, "Survey Results (Nov. 11, 2020)" | ✓ | |
| Plaintiff's Ex. U, "Rally Agenda (May 21, 2021)" | ✓ | |
| Plaintiff's Ex. V, "Letter re Discrimination" | ✓ | |
| Plaintiff's Ex. W, "Intercept News Article" | ✓ | |
| Plaintiff's Ex. X, "Science News Article" | ✓ | |

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Defendant Baylor College of Medicine is awarded its costs.

Signed this 24th day of January, 2025.

PRESIDING JUDGE