# EXHIBIT 4

10/7/2024 4:38:07 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 92888654
By: PUENTE, KELLY M
Filed: 10/7/2024 4:38:07 PM
Pgs-1

NCA
7

**CAUSE NO. 2022-41407**

| | | |
|---|---|---|
| **CHANGYI "JOHNNY" CHEN, M.D., PH.D.,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **v.** | § | |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE,** | § | |
| | § | |
| **Defendant.** | § | **269TH JUDICIAL DISTRICT** |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before this Court came on to be heard Defendant Baylor College of Medicine's Motion for Summary Judgment ("Motion"). Having considered the motion, response, any reply, and arguments of counsel, if any,

IT IS ORDERED that Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Defendant Baylor College of Medicine is awarded its costs.

Signed this _____ day of ________________________, 2024.

Signed:
1/27/2025

_______________________________
PRESIDING JUDGE

Unofficial Copy Office of Marilyn Burgess District Clerk