**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHANGYI "JOHNNY" CHEN, M.D., PH.D.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-03908** |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Pending before the Court is the Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(6) (the "Motion") filed by Defendant Baylor College of Medicine. Having considered Defendant's motion, any response thereto, the facts, and applicable law, the Court has determined that Defendant's Motion should be granted. Accordingly, the Court hereby

ORDERS that Defendant's Motion to Dismiss Pursuant to Rules 12(b)(1), 12(b)(6) is GRANTED, and Plaintiff's Original Complaint is DISMISSED WITH PREJUDICE.

______________________________
**Hon. Keith P. Ellison**
**United States District Judge**