United States District Court
Southern District of Texas
ENTERED
July 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANGYI "JOHNNY" CHEN, M.D., PH.D., | § | |
| *Plaintiff*, | § | |
| v. | § | No. 4:26-cv-03908 |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| *Defendant*. | § | |

**ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION TO ABATE**

This case is abated until July 28, 2026.

The deadline for Plaintiff Changyi "Johnny" Chen, M.D., Ph.D., to respond to Defendant Baylor College of Medicine's Motion to Dismiss (Doc. 4) is extended until 7 days after the mediator declares an impasse.

It is so ordered.

Date: 07/01/2026

Keith P. Ellison
United States District Judge